FILED

03/09/2021

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

2:21-cv-137-JRS-MJD

To: Clerk of Court

My name is Randall Miller, my BOP Register # is 05019-089. I am currently housed At Medical Center For Federal Prisoners, P.O. Box 4000, Springfield MO 65801.

While I was housed A FCI Terre Haute, In, nurse Durr who is the Defendant in this matter was responsible for providing me medical treatment.

On March 7th, 2019 Dr. Jafar from Union Hospital performed A revision surgery on my BKA Stump because of infection. On March 22, 2019 I was released from Union Hospital with a prescription for antibiotics which was placed in Mr. Millers hands who was the transport officer. Upon return to the FCI Mr. Miller gave Nurse Durr the envelope which contained my prescription for antibiotics which he placed on A shelf behind him, where he left it for 8 days, knowing that I was At a heightened risk for infection without the antibiotics.

On March 29, 2019 after asking for my antibiotics both morning and again At noon I finally seen Nurse Durr and asked him what happened to the envelope where my prescription for my antibiotics was? He said Oh No, can you please come back next move which I did. He said that he was so sorry and handed me A starter pack of my antibiotics. It was to late though because on March 30, 2019 I was very bad infected and was sent back to Union Hospital in Terre Haute.

Four Days later I lost my right knee because I didn't get my antibiotics in the proper time.

As A result of Nurse Durrs deliberate indifference, I suffered physical injury and emotional distress that continues to this day. This conduct amounted to deliberate indifference and violated my 8th Amendment                Respectfully, Randall Miller

I have exhausted all my Administrative Remedies.                05019-089